| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Suhrheinrich, Richard F. | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Room 241<br>315 W. Allegan<br>Lansing, Michigan 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Attorney Grievance Commission | State Bar of Michigan (Term ended August, 2008) |
| 2. Faculty Member | Thomas M. Cooley Law School |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Suhrheinrich_Richard_F

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Thomas M. Cooley Law School -teaching | $100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F. | 04/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Account- Bank One ● | A | Interest | J | T | | | | | T (Market) |
| 2. Bank OneCD ● should not have shown as " IRA" on 2007 report | B | Interest | J | T | | | | | T (Market) |
| 3. IRA ● | | | | | | | | | |
| ⋇ 4. - Fed Growth IRA ● | A | Dividend | | | Distributed (part) | 11/7 | | | |
| 5. | | | | | Transferred (to line 7) | 11/7 | | | |
| ⋇ 6. - Fed Income | A | Dividend | | | Transferred (to line 7) | 11/7 | | | |
| ⋇ 7. - Bank One Money Market | A | Dividend | J | T | | 11/7 | | | |
| 8. Escanaba MI Public School -municipal bond | B | Interest | K | T | | | | | |
| 9. Merrill Lynch Priority Client Account | A | Interest | J | T | | | | | |
| 10. Vanguard (IRA): Wellesly Income Fund | A | Interest | M | T | Distributed (part) | 12/01 | J | | |
| 11. Goodrich Petro - stock | | None | J | T | | | | | |
| 12. Huron Valley Michigan School District - municipal bond | A | Interest | J | T | | | | | (T) Market |
| 13. Fifth Third Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 14. Mason State Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 15. Duke Common Stock | A | Dividend | J | T | div/ reinvest | var. | J | | |
| 16. Birmingham Michigan School District - municipal bond | A | Interest | K | T | | | | | |
| 17. West Bloomfield Michigan School District - municipal bond | A | Interest | K | T | | | | | |

\*See explanation Part VIII.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F. | · 04/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Ameren Corp. Common Stock | A | Dividend | | | Sold | 12/12 | J | | (T) Market |
| 19.  Bank of America Common Stock | A | Dividend | | | Sold | 5/21 | J | | (T) Market |
| 20.  General Electric Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 21.  Johnson & Johnson Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 22.  Procter Gamble Common Stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 23.  Cooley Law School TSA(403b) | | | | | | | | | |
| * 24.  - TSA/Vanguard Wellesley Fund | A | Dividend | K | T | Transferred (to line 26&27 | | | | |
| * 25.  - TSA/Vanguard Select ValueFund | B | Dividend | | | Transferred (to line 26&27 | | | | |
| * 26.  - Vanguard GNMA | A | Dividend | K | T | | | | | |
| * 27.  - Vanguard Inf/Pro/Sec | A | Dividend | K | T | | | | | |
| 28.  MI State University Charitable gift Annuity ● | A | Interest | K | T | | | | | |
| 29.  Amer. Intl. Group Inc. common stock | A | Dividend | | | Sold | 4/1 | J | | (T) Market |
| 30.  Spectra Energy Corp. common stock | A | Dividend | J | T | div/reinvest | var. | J | | (T) Market |
| 31.  Vanguard - Wellesley | A | Dividend | J | T | Buy | 1/31 | K | | (T) Market |
| 32.  Smith Barney Financial Mgt. Account | A | Interest | J | T | deposit | 4/1 | J | A | (T) Market |

*See explanation Part VIII.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suhrheinrich, Richard F. | 04/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Lines 4 and 6: All the assets contianed in lines 4 and 6 where transferred to line 7.

Part VII. Line 24: A portion of line 24 and all of line 25 were transferred to lines 26 and 27. Subsequently, lines 24, 26 and 27 each contain 1/3 of Cooley Law School TSA 403(b).

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F. | 04/27/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544